# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:06CR52** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **AARON C. WHITEHILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion for an extension of time by defendant Aaron C. Whitehill (Whitehill) (Filing No. 13). The motion was held in abeyance pending the correction of deficiencies in the motion (Filing No. 14). The deficiencies have not been corrected. The motion (Filing No. 13) is denied.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2006.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                                United States Magistrate Judge