## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR52** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **AARON C. WHITEHILL,** | ) | **CONTINUING TRIAL** |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's oral motion to continue trial (#20), based on counsel's scheduling conflicts.  For good cause shown, trial will be continued from  June 6, 2006 to June 27, 2006.

**IT IS ORDERED** that the motion to continue trial [18] is granted, as follows:

1.   Trial of this matter is continued from June 6, 2006 to **June 27, 2006** before Judge Laurie Smith Camp and a jury.

2.   The ends of justice will be served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **June 6, 2006 and June 27, 2006**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act due to counsel's scheduling conflicts, and considering the diligence of counsel.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

3.   Counsel for the United States shall confer with defense counsel and, no later than **June 20, 2006**, advise the court of the anticipated length of trial.

**DATED May 2, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**