# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR52** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **AARON C. WHITEHILL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for new trial and supporting brief (Filing Nos. 49, 50).

The Court has carefully considered the arguments raised, and the motion is denied.

IT IS ORDERED that the Defendant's motion for new trial (Filing No. 49) is denied.

DATED this 14th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge