IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR52** |
| Plaintiff, | ) | |
| vs. | ) | **TENTATIVE FINDINGS** |
| **AARON C. WHITEHILL,** | ) | |
| Defendant. | ) | |

The Court has received the Presentence Investigation Report ("PSR"). Although the Defendant has not filed objections as required by ¶ 6 of the Order on Sentencing Schedule, the Addendum to the PSR reflects that the Defendant objected earlier to ¶ 24 (obstruction of justice). The government has adopted the PSR. (Filing No. 52.) *See* Order on Sentencing Schedule, ¶ 6. The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant's objection to ¶ 24, which includes the enhancement for obstruction of justice, will be heard at sentencing. The government bears the burden of proof by a preponderance of the evidence.

IT IS ORDERED:

1. The Defendant's objection to the Presentence Investigation Report (Addendum) will be heard at sentencing;

2. Otherwise the Court's tentative findings are that the Presentence Investigation Report is correct in all respects;

3.	If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

4.	Absent submission of the information required by paragraph 3 of this Order, my tentative findings may become final; and

5.	Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 25th day of October, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge