IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR52 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AARON WHITEHILL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Aaron Whitehill (Whitehill) to review detention (Filing No. 101).  Whitehill seeks a hearing and release to an Oxford House in Omaha, Nebraska.

Whitehill's current proposal is little different than that which he is before the court for violating the conditions of his supervised release.  Whitehill left a previous halfway house and failed to report to his probation officer.  Placement at another halfway house is not appropriate under the circumstances.

The undersigned magistrate judge finds the proposal of Whitehill in his motion to be inadequate to reasonably assure the safety of the community if he were released. Whitehill's motion will be denied in its entirety.

**IT IS ORDERED:**

Whitehill's motion to review detention and his request for a hearing (Filing No. 101) is denied.

DATED this 9th day of July, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge