IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06 CR 52 |
| Plaintiff, | ) ) | |
| | ) | **ORDER RELEASING** |
| v. | ) | **DEFENDANT FROM CUSTODY** |
| | ) | |
| AARON WHITEHILL, | ) ) | |
| Defendant. | ) | |

The Defendant, Aaron Whitehill, by and through his attorney, Jessica P. Douglas, moved orally at the hearing held on August 23, 2010, for release from custody to attend in-patient treatment at the Stephen Center HERO program once a bed would become available. All parties, and the Court, agreed to the release plan. A bed will be available on September 2, 2010.

IT IS ORDERED:

1. The Defendant shall be released on September 2, 2010, and transported by an employee of the Federal Public Defender's Office;

2. If the Defendant attempts to leave the treatment program before completion, the Court must be notified immediately; and

3. The Clerk is directed to deliver a copy of this order to the U.S. Marshal for this District.

DATED this 31st day of August, 2010.

BY THE COURT:

S/Laurie Smith Camp
United States District Court Judge